UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Fanimal, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:25-cv-12335-MEMF-PD |
| v. | |
| Live Nation Entertainment, Inc. et al | ORDER RE TRANSFER (RELATED CASES) |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

January 27, 2026                                    George H. Wu   _/s/ George H. Wu_
Date                                                              United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                                    _____
Date                                                              United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:18-cv-09052-GW-GJSx   and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Patricia Donahue   to Magistrate Judge   David T. Bristow   .

On all documents subsequently filed in this case, please substitute the initials   GW-DTBx   after the case number in place of the initials of the prior judge, so that the case number will read   2:25-cv-12335-GW-DTBx   . This is very important because the documents are routed to the assigned judges by means of these initials

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-34 (06/23)                              ORDER RE TRANSFER (Related Cases)