UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-12335-GW-DTBx | Date | March 2, 2026 |
|---|---|---|---|
| Title | *Fanimal, Inc. v. Live Nation Entertainment, Inc., et al.* | | |

---

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER SETTING SCHEDULING CONFERENCE**

The Court sets a Scheduling Conference for April 13, 2026 at 8:30 a.m. Counsel are reminded of their obligations to disclose information, confer on a discovery plan, and report to the Court, as required by F.R.C.P. 26 and the Local Rules of this Court. Trial counsel are ordered to be present. A Joint 26(f) Report shall be filed with the Court no later than April 6, 2026. See Local Rule 26-1.

A Notice of Interested Parties was not filed along with the Answer to the Complaint. Defendants will have five days from the date of this order to file a Notice of Interested Parties.

|  | : |
|---|---|
| Initials of Preparer | JG |