UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 25-12335-GW-DTBx                                    Date: April 10, 2026

Title    ***Fanimal, Inc. v. Live Nation Entertainment, Inc., et al.***

Present: The Honorable:   GEORGE H. WU, U.S. DISTRICT JUDGE

| Javier Gonzalez | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS – TENTATIVE SCHEDULING ORDER**

Below is the Court's Tentative Scheduling Order for hearing on April 13, 2026 at 8:30 a.m.:

1.  The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to May 8, 2026. Thereafter, any further amendments must be made by motion under Rule 16 or otherwise by order of the Court.

2.  All regular discovery will be completed by March 5, 2027.  By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

3.  All expert discovery will be "completed" (as described above and including expert depositions) by May 14, 2027.  Deadline to designate affirmative expert(s) and serve expert reports (for which the party bears the burden on an issue) is March 15, 2027.  Deadline to designate rebuttal expert(s) and serve rebuttal reports is April 12, 2027.

4.  A post-mediation status conference is set for June 3, 2027 at 8:30 a.m., with mediation to be completed by May 28.  The parties have indicated a preference to mediate through a private mediation service.  The parties will make arrangements so that the mediation can be completed by May 28 and a joint report filed with the Court by June 1.

5.  The last day for the Court to hear any motions (including dispositive and *Daubert* motions but excluding motions in limine which will be heard at the pre-trial conference) is July 8, 2027.  The parties will agree in writing as to when the opening motions will be filed as well as the opposition briefs.  All reply briefs must be filed by June 23, 2027.

6.  Deadline to exchange proposed exhibits, witness lists, deposition designations, statement of case, stipulations of fact, jury instructions, verdict forms is August 2, 2027.  Deadline to meet and confer regarding said items and proposed motions-in-limine is August 12, 2027.  Deadline to

---

CV-90 (03/15)                              Civil Minutes – General                              Page **1** of **2**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 25-12335-GW-DTBx                                    Date: April 10, 2026

Title      ***Fanimal, Inc. v. Live Nation Entertainment, Inc., et al.***

file motions-in-limine is August 30, 2027, opposition briefs filed by September 13, 2027, and replies by September 22, 2027.  Deadline to file joint exhibit and witness lists, joint deposition designations, joint statement of case, stipulations of fact, joint jury instructions, joint verdict forms, and proposed voir dire questions is September 30, 2027.

7.  The pre-trial conference will be held on October 7, 2027 at 8:30 a.m.  *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (ECF No. 21).

8.  Jury Trial will begin on October 19, 2027 at 9:00 a.m.